**Reginald LEE, Plaintiff—Appellant,**

v.

**Martin O'MALLEY, Baltimore City Mayor; Sheila Dixon, President, Baltimore City Council; Kevin Clark, former Baltimore City Police Com-**

missioner; The Baltimore City Police Department; Dave Green, Officer; Jane Doe, Officer; Dora Doe, Officer; Donna Doe, in their individual and official capacities, Defendants—Appellees.

No. 07–1369.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 24, 2007.

Decided: Oct. 5, 2007.

Reginald Lee, Appellant Pro Se. William Rowe Phelan, Jr., Baltimore City Law Department, Baltimore, Maryland; Patrick Donald Sheridan, Baltimore Police Department, Baltimore, Maryland, for Appellees.

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Lee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lee v. O'Malley*, No. 1:06–cv–01039–RDB (D.Md. Mar. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*